**MICHAEL N. FEUER,** City Attorney
**KATHLEEN A. KENEALY,** Chief Assistant City Attorney – SBN 212289
**SCOTT MARCUS,** Senior Assistant City Attorney – SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**J. EDWIN RATHBUN, JR.,** Deputy City Attorney – SBN 221804
200 North Main Street, 6th Floor, City Hall East, Los Angeles, CA 90012
Tel: (213) 978-7041
Fax: (213) 978-8785
Email: Edwin.Rathbun@lacity.org

*Attorneys for Defendant,* **CITY OF LOS ANGELES**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD BARRAGAN, Plaintiff and as successor in interest for Decedent JOSE CHAVEZ,<br><br><br>Plaintiff,<br><br>vs.<br><br><br>CITY OF LOS ANGELES, Sergeant Rafael Quesada as Doe 1, Officer Alexander Aleshkevich as Doe 2, Officer Carl Thompson as Doe 3, and DOES 4-10, inclusive,<br><br>Defendants. | CASE NO. CV18-09684 CJC (PLAx)<br>*Hon. Cormac J. Carney, Ctrm. 9B, 9th Fl., Santa Ana*<br>*Mag. Paul L. Abrams, Ctrm. 780, 7th Fl., Roybal*<br><br>**DEFENDANT CITY OF LOS ANGELES' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

**TO THE HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT COURT JUDGE, PLAINTIFF AND HER COUNSEL OF RECORD:**

COMES NOW DEFENDANT, **CITY OF LOS ANGELES,** (hereinafter referred to as "Defendant" or "this answering Defendant"), answering Plaintiff's First Amended Complaint for Damages for itself and for no other parties, admitting, denying and alleging as follows:

///

1

## JURISDICTION AND VENUE

1.     Answering Paragraph 1, Defendant admits that Plaintiff is alleging that jurisdiction is proper.

2.     Answering Paragraph 2, Defendant admits that Plaintiff is alleging that venue is proper.

## INTRODUCTION

3.     Answering Paragraph 3, Defendant denies the allegations contained therein.

## PARTIES

4.     Answering Paragraph 4, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

5.     Answering Paragraph 5, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

6.     Answering Paragraph 6, Defendant admits that the City of Los Angeles is a city within the County of Los Angeles and that the Los Angeles Police Department is a department within the City of Los Angeles.

7.     Answering Paragraph 7, Defendant denies the allegations contained therein.

8.     Answering Paragraph 8, Defendant denies the allegations contained therein.

9.     Answering Paragraph 9, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

10.    Answering Paragraph 10, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

11.    Answering Paragraph 11, Defendant denies the allegations contained therein.

12.    Answering Paragraph 12, Defendant denies the allegations contained therein.

13.    Answering Paragraph 13, Defendant lacks sufficient information and belief

upon which to answer the allegations contained therein, and on that basis denies the allegations.

14.   Answering Paragraph 14, Defendant denies the allegations contained therein.

15.   Answering Paragraph 15, Defendant denies the allegations contained therein.

16.   Answering Paragraph 16, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

17.   Answering Paragraph 17, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

18.   Answering Paragraph 18, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

19.   Answering Paragraph 19, of Plaintiff's First Amended Complaint, this Defendant incorporates by reference its answers to paragraphs 1 through 18, of Plaintiff's First Amended Complaint and by this reference incorporates the same herein.

20.   Answering Paragraph 20, Defendant denies the allegations contained therein.

21.   Answering Paragraph 21, Defendant denies the allegations contained therein.

22.   Answering Paragraph 22, Defendant denies the allegations contained therein.

23.   Answering Paragraph 23, Defendant denies the allegations contained therein.

24.   Answering Paragraph 24, Defendant denies the allegations contained therein.

25.   Answering Paragraph 25, Defendant denies the allegations contained therein.

26.   Answering Paragraph 26, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

27.   Answering Paragraph 27, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment – Detention and Arrest (42 U.S.C. § 1983)

28.   Answering Paragraph 28, of Plaintiff's First Amended Complaint, this answering Defendant incorporates by reference its answers to paragraphs 1 through 27, of Plaintiffs' First Amended Complaint and by this reference incorporates the same herein.

29.   Answering Paragraph 29, Defendant denies the allegations contained therein.

30.   Answering Paragraph 30, Defendant denies the allegations contained therein.

31.   Answering Paragraph 31, Defendant denies the allegations contained therein.

32.   Answering Paragraph 32, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SECOND CLAIM FOR RELIEF

### Fourth Amendment – Excessive Force (42 U.S.C. § 1983)

33.   Answering Paragraph 33, of Plaintiff's First Amended Complaint, this answering Defendant incorporates by reference its answers to paragraphs 1 through 32, of Plaintiff's First Amended Complaint and by this reference incorporates the same herein.

34.   Answering Paragraph 34, Defendant denies the allegations contained therein.

35.   Answering Paragraph 35, Defendant denies the allegations contained therein.

36.   Answering Paragraph 36, Defendant denies the allegations contained therein.

37.   Answering Paragraph 37, Defendant denies the allegations contained therein.

38.   Answering Paragraph 38, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## THIRD CLAIM FOR RELIEF

### Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983)

39.   Answering Paragraph 39, of Plaintiff's First Amended Complaint, this answering Defendant incorporates by reference its answers to paragraphs 1 through 38, of Plaintiff's First Amended Complaint and by this reference incorporates the same herein.

40.   Answering Paragraph 40, Defendant denies the allegations contained therein.

41.   Answering Paragraph 41, Defendant denies the allegations contained therein.

42.   Answering Paragraph 42, Defendant denies the allegations contained therein.

43.   Answering Paragraph 43, Defendant denies the allegations contained therein.

44.   Answering Paragraph 44, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

### FOURTH CLAIM FOR RELIEF

**Substantive Due Process (42 U.S.C. § 1983)**

45.   Answering Paragraph 45, of Plaintiff's First Amended Complaint, this answering Defendant incorporates by reference its answers to paragraphs 1 through 44, of Plaintiff's First Amended Complaint and by this reference incorporates the same herein.

46.   Answering Paragraph 46, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

47.   Answering Paragraph 47, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

48.   Answering Paragraph 48, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

49.   Answering Paragraph 49, Defendant denies the allegations contained therein.

50.   Answering Paragraph 50, Defendant denies the allegations contained therein.

51.   Answering Paragraph 51, Defendant denies the allegations contained therein.

52.   Answering Paragraph 52, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FIFTH CLAIM FOR RELIEF

### Municipal Liability – Ratification (42 U.S.C. § 1983)

53.   Answering Paragraph 53, of Plaintiff's First Amended Complaint, this answering Defendant incorporates by reference its answers to paragraphs 1 through 52, of Plaintiff's First Amended Complaint and by this reference incorporates the same herein.

54.   Answering Paragraph 54, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

55.   Answering Paragraph 55, Defendant denies the allegations contained therein.

56.   Answering Paragraph 56, Defendant denies the allegations contained therein.

57.   Answering Paragraph 57, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

58.   Answering Paragraph 58, Defendant denies the allegations contained therein.

59.   Answering Paragraph 59, Defendant denies the allegations contained therein.

60.   Answering Paragraph 60, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SIXTH CLAIM FOR RELIEF

### Municipal Liability – Failure to Train (42 U.S.C. § 1983)

61.   Answering Paragraph 61, of Plaintiff's First Amended Complaint, this answering Defendant incorporates by reference its answers to paragraphs 1 through 60, of Plaintiff's First Amended Complaint and by this reference incorporates the same herein.

62.   Answering Paragraph 62, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

63.   Answering Paragraph 63, Defendant denies the allegations contained therein.

64.   Answering Paragraph 64, Defendant denies the allegations contained therein.

65.   Answering Paragraph 65, Defendant denies the allegations contained therein.

66.   Answering Paragraph 66, Defendant denies the allegations contained therein.

67.   Answering Paragraph 67, Defendant denies the allegations contained therein.

68.   Answering Paragraph 68(a), Defendant denies the allegations contained therein.

Answering Paragraph 68(b), Defendant denies the allegations contained therein.

Answering Paragraph 68(c), Defendant denies the allegations contained therein.

Answering Paragraph 68(d), Defendant denies the allegations contained therein.

Answering Paragraph 68(f), Defendant denies the allegations contained therein.

69.   Answering Paragraph 69, Defendant denies the allegations contained therein.

70.   Answering Paragraph 70, Defendant denies the allegations contained therein.

71.   Answering Paragraph 71, Defendant denies the allegations contained therein.

72.   Answering Paragraph 72, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SEVENTH CLAIM FOR RELIEF

### Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)

73.   Answering Paragraph 73, of Plaintiff's First Amended Complaint, this answering Defendant incorporates by reference its answers to paragraphs 1 through 72, of Plaintiff's First Amended Complaint and by this reference incorporates the same herein.

74.   Answering Paragraph 74, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75.   Answering Paragraph 75, Defendant lacks sufficient information and belief

upon which to answer the allegations contained therein, and on that basis denies the allegations.

76.   Answering Paragraph 76, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

77.   Answering Paragraph 77(a), Defendant denies the allegations contained therein.

Answering Paragraph 77(b), Defendant denies the allegations contained therein.

Answering Paragraph 77(c), Defendant denies the allegations contained therein.

Answering Paragraph 77(d), Defendant denies the allegations contained therein.

Answering Paragraph 77(e), Defendant denies the allegations contained therein.

Answering Paragraph 77(f), Defendant denies the allegations contained therein.

Answering Paragraph 77(g), Defendant denies the allegations contained therein.

Answering Paragraph 77(h), Defendant denies the allegations contained therein.

Answering Paragraph 77(i), Defendant denies the allegations contained therein.

Answering Paragraph 77(j), Defendant denies the allegations contained therein.

78.   Answering Paragraph 78, Defendant denies the allegations contained therein.

79.   Answering Paragraph 79, Defendant denies the allegations contained therein.

80.   Answering Paragraph 80(a), Defendant denies the allegations contained

therein.

Answering Paragraph 80(b), Defendant denies the allegations contained therein.

Answering Paragraph 80(c), Defendant denies the allegations contained therein.

81.     Answering Paragraph 81, Defendant denies the allegations contained therein.

82.     Answering Paragraph 82, Defendant denies the allegations contained therein.

83.     Answering Paragraph 83, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## EIGHTH CLAIM FOR RELIEF

### Battery (Wrongful Death)

84.     Answering Paragraph 84, of Plaintiff's First Amended Complaint, this answering Defendant incorporates by reference its answers to paragraphs 1 through 83, of Plaintiff's First Amended Complaint and by this reference incorporates the same herein.

85.     Answering Paragraph 85, Defendant denies the allegations contained therein.

86.     Answering Paragraph 86, Defendant denies the allegations contained therein.

87.     Answering Paragraph 87, Defendant denies the allegations contained therein.

88.     Answering Paragraph 88, Defendant denies the allegations contained therein.

89.     Answering Paragraph 89, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## NINTH CLAIM FOR RELIEF

### Negligence

(Wrongful Death)

90.     Answering Paragraph 90, of Plaintiff's First Amended Complaint, this answering Defendant incorporates by reference its answers to paragraphs 1 through 89, of Plaintiff's First Amended Complaint and by this reference incorporates the same

herein.

91.    Answering Paragraph 91, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

92.    Answering Paragraph 92(a), Defendant denies the allegations contained therein.

Answering Paragraph 92(b), Defendant denies the allegations contained therein.

Answering Paragraph 92(c), Defendant denies the allegations contained therein.

Answering Paragraph 92(d), Defendant denies the allegations contained therein.

Answering Paragraph 92(e), Defendant denies the allegations contained therein.

Answering Paragraph 92(f), Defendant denies the allegations contained therein.

Answering Paragraph 92(g), Defendant denies the allegations contained therein.

Answering Paragraph 92(h), Defendant denies the allegations contained therein.

93.    Answering Paragraph 93, Defendant denies the allegations contained therein.

94.    Answering Paragraph 94, Defendant denies the allegations contained therein.

95.    Answering Paragraph 95, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## TENTH CLAIM FOR RELIEF

### (Violation of Cal. Civil Code § 52.1)

96.  Answering Paragraph 96, of Plaintiff's First Amended Complaint, this answering Defendant incorporates by reference its answers to paragraphs 1 through 95,

of Plaintiff's First Amended Complaint and by this reference incorporates the same herein.

97.    Answering Paragraph 97, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

98.    Answering Paragraph 98, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

99.    Answering Paragraph 99, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

100.  Answering Paragraph 100, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

101.  Answering Paragraph 101, Defendant denies the allegations contained therein.

102.  Answering Paragraph 102, Defendant denies the allegations contained therein.

103.  Answering Paragraph 103, Defendant denies the allegations contained therein.

104.  Answering Paragraph 104, Defendant denies the allegations contained therein.

105.  Answering Paragraph 105, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

106.  Answering Paragraph 106, Defendant denies the allegations contained therein.

107.  Answering Paragraph 107, Defendant denies the allegations contained therein.

108.  Answering Paragraph 108, Defendant denies the allegations contained therein.

109.  Answering Paragraph 109, Defendant denies the allegations contained

therein.

110.  Answering Paragraph 110, Defendant denies the allegations contained therein.

111.  Answering Paragraph 111, Defendant denies the allegations contained therein.

112.  Answering Paragraph 112, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

113.  Answering Paragraph 113, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

Answering the Prayer for Relief, Defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

## FIRST AFFIRMATIVE DEFENSE

1.  The damages alleged were directly and proximately caused and contributed to by the negligence of the decedent, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## SECOND AFFIRMATIVE DEFENSE

2.  The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## THIRD AFFIRMATIVE DEFENSE

3.  The force used against the decedent, if any, was caused and necessitated by the actions of the decedent, and was reasonable and necessary for self-defense.

## FOURTH AFFIRMATIVE DEFENSE

4.  The force used against the decedent, if any, was caused and necessitated by

the actions of the decedent, and was reasonable and necessary for the defense of others.

### FIFTH AFFIRMATIVE DEFENSE

5.     That the First Amended Complaint fails to state a cause of action to the applicable statute of limitations.

### SIXTH AFFIRMATIVE DEFENSE

6.     The state claims are barred for Plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq. and § 945 et seq.

### SEVENTH AFFIRMATIVE DEFENSE

7.     The action should be abated in that all of the heirs of decedent have not been joined as parties.

### EIGHTH AFFIRMATIVE DEFENSE

8.     The action is barred for lack of standing to sue.

### NINTH AFFIRMATIVE DEFENSE

9.     Plaintiff failed to mitigate her damages.

### TENTH AFFIRMATIVE DEFENSE

10.     Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

### ELEVENTH AFFIRMATIVE DEFENSE

11.     Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defenses:

Government Code §§ 815.2, 818, 820.2, 820.4 and 820.8.

Penal Code §§ 836 and 836.5.

### TWELFTH AFFIRMATIVE DEFENSE

12.     As to the federal claims and theories of recovery, the individual Defendants are protected from liability under the doctrine of qualified immunity.

///

1

## **PRAYER FOR RELIEF**

2      Defendant hereby demands and requests a trial by jury in this matter.

3      WHEREFORE, Defendant prays for judgment as follows:

4      1.      That plaintiff takes nothing by way of this action;

5      2.      That the action be dismissed;

6      3.      That Defendant be awarded costs of suit;

7      4.      That Defendant be awarded other and further relief as the Court may deem just

8  and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

9

10

## **DEMAND FOR JURY TRIAL**

11      Defendant respectfully demands and requests a trial by jury in this matter.

12

13

14  Dated: September 8, 2020          **MICHAEL N. FEUER**, City Attorney
                                      **KATHLEEN A. KENEALY,** Chief Asst. City Attorney
15                                    **SCOTT MARCUS,** Senior Asst. City Attorney
                                      **CORY M. BRENTE**, Senior Asst. City Attorney
16

17                                    By: _____*/S/ J. Edwin Rathbun, Jr.*_____
                                          **J. EDWIN RATHBUN, JR.**, Deputy City Attorney

18                                    *Attorneys for Defendant,* **CITY OF LOS ANGELES**

19

20

21

22

23

24

25

26

27

28

14