Susan E. Coleman (SBN 171832)
E-mail:  scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600      Fax:  213.236.2700

Attorneys for Defendants
R. QUESADA, C. THOMPSON, and A. ALESHKEVICH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD BARRAGAN, Plaintiff and as successor in interest for Decedent JOSE CHAVEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, Sergeant Rafael Quesada as Doe 1, Officer Alexander Aleshkevich as Doe 2, Officer Carl Thompson as Doe 3, and DOES 4-10, inclusive,<br><br>Defendants. | Case No.  2:18-cv-09684-CJC-PLA<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES**<br><br>[*Proposed Order filed concurrently herewith*]<br><br>Judge:      Honorable Cormac J. Carney |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that the parties have agreed to settle this case with a full and final release of all claims and parties, subject to approval of City Council.

Accordingly, the parties stipulate and hereby request to vacate all dates, including the Pretrial Conference on August 15, 2022, and Trial on August 23, 2022.

The parties further request the court set a post-settlement telephonic status conference be set in October 2022, and/or a status report of the parties, at the court's convenience, to determine if the case may be closed or what further steps

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4871-4915-7671 v1     - 1 -     2:18-CV-09684-CJC-PLA
NOTICE OF SETTLEMENT AND REQUEST
TO VACATE ALL DATES

need to be taken.  If a joint stipulation for dismissal is filed before the dates set for the status conference, the date will be vacated.

Dated:  July 1, 2022                          BURKE, WILLIAMS & SORENSEN, LLP


                                              By: /s/ *Susan E. Coleman*[1]
                                                      Susan E. Coleman

                                              Attorneys for Defendants
                                              R. QUESADA, C. THOMPSON, and A. ALESHKEVICH

Dated:  July 1, 2022                          CARRILLO LAW FIRM LLP


                                              By:_____
                                                      Luis Allen Carrillo
                                                      Michael S Carrillo

                                              Attorneys for Plaintiffs
                                              LEODEGARIO CHAVEZ and TRINIDAD BARRAGAN

Dated:  July 1, 2022                          LAW OFFICES OF DALE K. GALIPO


                                              By:_____
                                                      Dale K. Galipo

                                              Attorneys for Plaintiff
                                              LEODEGARIO CHAVEZ and TRINIDAD BARRAGAN

---

[1] As the filer of this Request, I, Susan E. Coleman, attest that all counsel listed as signatories herein concur in the content of the Stipulation and have authorized its filing.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4871-4915-7671 v1                    - 2 -            2:18-CV-09684-CJC-PLA
NOTICE OF SETTLEMENT AND REQUEST
TO VACATE ALL DATES