1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           CENTRAL DISTRICT OF CALIFORNIA

10

11   TRINIDAD BARRAGAN, Plaintiff          Case No.  2:18-cv-09684-CJC-PLA
     and as successor in interest for
12   Decedent JOSE CHAVEZ,                 **ORDER GRANTING JOINT
                                           STIPULATION TO DISMISS
13                     Plaintiff,          ACTION WITH PREJUDICE [81]**

14   v.

15   CITY OF LOS ANGELES, Sergeant         Federal Rules of Civil Procedure, Rule
     Rafael Quesada as Doe 1, Officer      41(a)(1)(ii)
16   Alexander Aleshkevich as Doe 2,
     Officer Carl Thompson as Doe 3, and
17   DOES 4-10, inclusive,
                                           Judge:       Honorable Cormac J. Carney
18                     Defendants.

19

20        GOOD CAUSE APPEARING, based on the stipulation of the parties;

21        IT IS HEREBY ORDERED that this action is dismissed with prejudice,

22   pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

23        IT IS SO ORDERED.

24

25   Dated: December 9, 2022              _____
                                          Honorable Cormac J. Carney
26                                        United States District Court Judge

27

28